UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RYAN AVERY STEPHENS and | ) | Case No. 20-11219-BFK |
| SIDNEY ZOE STEPHENS, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| KENDI KIOGORA, | ) | Adversary Proceeding |
| | ) | No. 21-01060-BFK |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| RYAN AVERY STEPHENS and | ) | |
| SIDNEY ZOE STEPHENS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

It has come to the Court's attention that an amended adversary proceeding coversheet was processed in the Clerk's Office inadvertently as a new adversary proceeding. Docket No. 1. It appears the Plaintiff's intent was to include the adversary proceeding coversheet with the other attachments filed on the same day in AP No. 20-01056. Due to administrative error, the instant case was opened, thereby creating a new adversary proceeding for the Plaintiff. Therefore, it is

**ORDERED:**

1. The Clerk shall dismiss Adversary Proceeding No. 21-01060-BFK commenced by the administrative filing error.

2. The Clerk shall mail a copy of this order to the Plaintiff.

1

Date: Nov 16 2021    /s/ Brian F Kenney

Alexandria, Virginia    The Honorable Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: November 17, 2021

Copy to:

Kendi Kiogora
1660 S Albany Ave
Chicago, IL 60623
*Pro se Plaintiff*

2